UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AKBA COWELL,

                              Plaintiff,

-against-

ARAMARK and MERCY COLLEGE,

                             Defendants.
-------------------------------------------------------------------X

21 CV. 3934 (CS)

**STIPULATION AND ORDER**

**IT IS HEREBY CONSENTED AND AGREED** that TAYLOR LOUIS, LLP, be allowed to withdraw as representative of record for Plaintiff, AKBA COWELL, in the above-entitled action, effective as of 1 April 2022.

**IT IS FURTHER CONSENTED AND AGREED** that Plaintiff, AKBA COWELL, shall have __30__ days to appear *pro se* or have new counsel make an appearance on his behalf as the new representative of record for Plaintiff.

Dated: New York, New York
       April 8, 2022

TAYLOR LOUIS, LLP

_____
Brian K. Robinson, Esq.
Outgoing Attorneys for Plaintiff
90 Broad Street, Suite 300
New York, New York 10004
(212) 461-7167

AKBA COWELL

_____ 4/8/2022
Akba Cowell,
Plaintiff
1558 Bogart Avenue
Bronx, N.Y. 10462

SO ORDERED.

_____ 4/13/22
CATHY SEIBEL, U.S.D.J.

Should counsel not appear for Plaintiff by 5/13/22, Plaintiff shall, by that date, submit a letter containing his email address and his cellphone number, and his landline number if he has one. The Clerk of Court is respectfully directed to flag this case as *pro se* (at least for the time being), enter Plaintiff's mailing address (above) on the docket, and send a copy of this endorsement to Plaintiff at that address.